**SEALED**

BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900



**FILED**

JUN 2 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Attorneys for the UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION UNDER SEAL OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER/TRAP AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION

CASE NO. 2:12-SW-351 GGH

ORDER GRANTING APPLICATION

**UNDER SEAL**

This matter has come before the court pursuant to an application under Title 18, United States Code, Sections 2703(c) and (d), 3122, and 3123, by Assistant United States Attorney Todd Pickles, an attorney for the Government as defined by Fed. R. Crim. P. 1(b)(1). Via the application, the United States requests an order authorizing the installation and use of a pen register and trap and trace device, on the following telephone number: **(530) 613-7410**, a cellular telephone, issued by AT&T/Cingular Wireless, and believed to be fugitive Brenden Barker's cell phone number (hereinafter the "Subject Telephone Number").

UPON REVIEW OF THE APPLICATION, HEREBY THE COURT FINDS THAT, pursuant to 18 U.S.C. § 3123, Applicant has certified that the information likely to be obtained by the installation and use of a pen register and trap and trace device, as described, is relevant to an ongoing criminal investigation being conducted by Investigators of the United States Marshals Service in connection with an arrest warrant of Brenden Barker (a "fugitive").

[Proposed] Order Granting Pen Register Application

1

1    WHEREFORE, IT IS ORDERED, pursuant to 18 U.S.C. § 3123, that Investigators of the
2 United States Marshals Service may install, or cause to be installed, and use a pen register anywhere
3 in the United States to record or decode dialing, routing, addressing, or signaling information
4 (including "post cut through dialed digits"" transmitted from the Subject Telephone Number, to
5 record the date and time of such dialings or transmissions, and to record the length of time the
6 telephone receiver in question is "off the hook" for incoming or outgoing calls, for a period of sixty
7 days from the date this order is filed by the court.

8    WHEREFORE FURTHER, IT IS ORDERED, pursuant to 18 U.S.C. § 3123, that
9 Investigators of the United States Marshals Service may install, or cause to be installed, and use a
10 trap and trace device on the Subject Telephone Number including use of the "caller identification
11 feature" anywhere in the United States to capture and record the incoming electronic or other
12 impulses which identify the originating numbers or other dialing, routing, addressing, or signaling
13 information reasonably likely to identify the source of a wire or electronic communication, and to
14 record the date, time, and duration of calls created by such incoming impulses, for a period of sixty
15 days from the date this order is filed by the court.

16    The Court further finds that, pursuant to 18 U.S.C. §§ 2703(c)(1)(B) and 2703(d), Applicant
17 has set forth specific and articulable facts showing that there are reasonable grounds to believe that
18 records or other information identifying subscribers or customers (not including the contents of
19 communications) for telephone numbers identified through the pen register and trap and trace
20 devices on the Subject Telephone Number, changes in service regarding the Subject Telephone
21 Number, and records or other information pertaining to subscribers or customers (but not including
22 the contents of communications) for the Subject Telephone Number will be relevant and material to
23 an ongoing criminal investigation.

24    ACCORDINGLY, IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §§ 2703(c)(1)(B),
25 2703(c)(2) and 2703(d), that SBC Communications, Inc. or any subsidiary thereof, Ameritech,
26 Southern New England Telephone Company, Verizon California, Inc., XO Communications,
27 Comcast Cable Communications Inc./AT&T Corporation, Verizon New York, Inc., MPower
28 Communications, Verizon New Jersey Inc., Bell South Telephone Company, Allegiance Telecom,

[Proposed] Order Granting Pen Register Application

2

Cox Communications and Qwest Communications (hereinafter the "local carriers"); AT&T, U.S. Sprint, WorldCom (hereinafter the "long distance carriers"); Cellco Partnership, dba Verizon Wireless, AT&T Wireless Services, U.S. Cellular, MetroPCS, Cingular Wireless, Nextel Partners, Cricket Communications, Sprint Spectrum L.P., T Mobile USA, Inc., Virgin Mobile USA, Nextel Communications and Western Wireless Corp. (hereinafter "the wireless carriers"); any internet service provider or other electronic communications provider providing voice over IP telephony, and any other local, long distance, or wireless carrier servicing the Subject Telephone Number, and any other person or entity providing wire communication service in the United States whose assistance may facilitate execution of the order, shall disclose the following upon oral or written request by Investigators of the United States Marshals Service:

1.  Records or other information identifying subscribers or customers (but **not** including the contents of communications or toll records), namely, subscriber name, address, date of birth, social security number, driver's license (state and number), contact names and numbers, employment information, method of payment, length of service, and type of service utilized, for all published, non published, listed, or unlisted numbers, dialed or otherwise transmitted to and from the Subject Telephone Number;

2.  All changes (including additions, deletions, and transfers) in service regarding the Subject Telephone Number to include telephone numbers and subscriber information (published, non published, listed, or unlisted) associated with these service changes;

3.  Records or other information pertaining to subscribers or customers including call detail records (to include cell site/sectors) from February 01, 2012, to the present (but **not** including the contents of communications) for the Subject Telephone Number.

WHEREFORE, IT IS FURTHER ORDERED that this authorization for the installation and use of a pen register and trap and trace device applies not only to the Subject Telephone Number listed above, but also to any changed telephone number(s) subsequently assigned to an instrument bearing the same MEID/ESN as the Subject Telephone Number or any changed MEID/ESN subsequently assigned to the same telephone number as the Subject Telephone Number, or any additional changed telephone number(s) and/or MEID/ESN, whether the changes occur

3

[Proposed] Order Granting Pen Register Application

1  simultaneously or consecutively, listed to the same subscriber and wireless telephone account as the
2  Subject Telephone Number within the 60 day period authorized by this order;
3       WHEREFORE, IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §§ 3123(a)(1) and
4  § 3123 (b)(2), that upon service of this order upon it, the local, long distance, and wireless carriers
5  listed herein, any other communications service provider providing service to the Subject Telephone
6  Number and any other person or entity providing wire communication service in the United States
7  whose assistance may facilitate execution of this order, shall furnish Investigators of the United
8  States Marshals Service forthwith all information, facilities, and technical assistance necessary to
9  accomplish unobtrusively the installation and use of the pen register and trap and trace devices and
10 with minimum interference with the services that are accorded the persons with respect to whom the
11 installation and use is to take place.
12      WHEREFORE, IT IS FURTHER ORDERED that the local, long distance, and wireless
13 carriers, and any other person or entity providing wire or electronic communication service in the
14 United States whose assistance is used to facilitate execution of the order, furnish the results of the
15 pen register and trap and trace devices to Investigators of the United States Marshals Service as soon
16 as practicable, on a continuing basis, twenty four (24) hours a day for the duration of the order.
17      WHEREFORE, IT IS FURTHER ORDERED that the local, long distance, and wireless
18 carriers be compensated by the investigative agency for reasonable expenses directly incurred in
19 providing technical assistance.
20      IT IS FURTHER ORDERED, good cause having been shown, that pursuant to 18 U.S.C. §§
21 2705(b) and 3123(d), this order and the application be sealed until otherwise ordered by the court,
22 and that the local, long distance, and wireless carriers listed herein, any internet service provider or
23 other electronic communications provider providing voice over IP telephony, and any other local,
24 long distance, or wireless carrier servicing the Subject Telephone Number who is obligated by the
25 order to provide assistance to the Applicant, shall not disclose in any manner, directly or indirectly,
26 by any action or inaction, to the listed subscriber(s) for the Subject Telephone Number, the occupant
27 of said premises, the subscribers of the incoming calls to or outgoing calls from the Subject
28

[Proposed] Order Granting Pen Register Application

1 Telephone Number, or to any other person, the existence of this order, in full or redacted form, of the
2 pen register or trap and trace devices, or of this investigation, unless otherwise ordered by this court.
3     And, IT IS FURTHER ORDERED that the identity of any targets of the investigation may be
4 redacted from any copy of the order served on any service provider or other person, and that this
5 order and application be SEALED until otherwise ordered by the court.
6     IT IS SO ORDERED.
7 Dated: June 22, 2012

By: ~~GREGORY G. HOLLOWS~~
Hon. Gregory G. Hollows
United States Magistrate Judge

[Proposed] Order Granting Pen Register Application