BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the UNITED STATES OF AMERICA

**SEALED FILED**
JUN 22 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION UNDER SEAL OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER/TRAP AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION | CASE NO. 2:12-SW-351 — GGH<br><br>SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

Having examined the Ex Parte Application For Installation and Use of Pen Register in the above-captioned case, and good cause having been shown,

IT IS HEREBY ORDERED that the application, the order granting the application, and this Order will remained sealed until further order of this Court.

IT IS SO ORDERED.

Dated: June 22, 2012

By: _____
Hon. Gregory G. Hollows
United States Magistrate Judge

Sealing Order

1